**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6352**

DAVID ATKINS, JR.,

        Plaintiff - Appellant,

    v.

DOCTOR SHAMAR, Facility Doctor; NURSE STITH, RN; MS. OSEGHALE, Food Service Supervisor; MR. FOXX; MS. HOBBS; NATARCHA GREGG, State Dietician,

        Defendants - Appellees,

WARDEN MILLER,

        Party-in-Interest - Appellee,

    and

T. WILLIAMS, Warden; J. D. OATES, III, Assistant Warden,

        Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:22-cv-00630-LMB-JFA)

Submitted:  December 23, 2025                Decided:  December 30, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

_____

David Atkins, Jr., Appellant Pro Se.  Elizabeth Martin Muldowney, SANDS ANDERSON, PC, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Atkins, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Adkins v. Shamar*, No. 1:22-cv-00630-LMB-JFA (E.D. Va. Mar. 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3